**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

DAVID OWEN,

Plaintiff,

v. No. 1:26-cv-1435 MLG/DLM

AUDUBON FIELD SOLUTIONS, LLC,

Defendant.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** is before the Court on Defendant Audubon Field Solutions, LLC's Motion for Protective Order and to Quash Subpoena to Jackson Lewis P.C. (Doc. 1.) Having considered the parties' arguments and the relevant law, the Court will **GRANT** the motion. The Court finds that the subpoena at issue here is identical in all material respects to the subpoenas addressed in the July 31, 2026 Memorandum Opinion and Order entered in 1:26-cv-0700 MLG/DLM. Consequently, the Court incorporates that Opinion's reasoning and conclusions here by reference.

**IT IS THEREFORE ORDERED** that Audubon's Motion for Protective Order and to Quash Subpoena to Jackson Lewis P.C. (Doc. 1) is **GRANTED** and Owen's subpoena is **QUASHED**.

DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE